UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re:  
    Raymond R Liebold  
     AKA Raymond Liebold  
     AKA Raymond Robert Liebold  
     AKA Ray Liebold  

    Debtor

Chapter 13  
Case No. 24-00842-MJC

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Capital One Auto Finance, a division of Capital One, N.A., in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: November 17, 2025

                                            Respectfully Submitted,

                                            */s/Eliza Garifullina*  
                                            Eliza Garifullina, Esq. PA 336983  
                                            Michele M. Bradford, Esq. PA 69849  
                                            Orlans Law Group PLLC  
                                            Attorney for Capital One Auto Finance, a division of Capital One, N.A.  
                                            200 Eagle Road, Bldg 2, Suite 120  
                                            Wayne, PA 19087  
                                            (484) 367-4191  
                                            Email: egarifullina@orlans.com  
                                            mbradford@orlans.com  
                                            File Number: 25-014917