UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re:  
   Raymond R Liebold  
    AKA Raymond Liebold  
    AKA Raymond Robert Liebold  
    AKA Ray Liebold  

    Debtor

Chapter 13  
Case No. 24-00842-MJC

## **CERTIFICATE OF SERVICE**

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on November 17, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: November 17, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*  
Eliza Garifullina, Esq. PA 336983  
Michele M. Bradford, Esq. PA 69849  
Orlans Law Group PLLC  
Attorney for Capital One Auto Finance, a division of Capital One, N.A.  
200 Eagle Road, Bldg 2, Suite 120  
Wayne, PA 19087  
(484) 367-4191  
Email: egarifullina@orlans.com  
mbradford@orlans.com  
File Number: 25-014917

### VIA US MAIL

Raymond R Liebold, Debtor  
145 Privet Ln  
Milford, PA 18337

### VIA ECF

Carlo Sabatini, Esq. on behalf of Debtor

Jack N Zaharopoulos Esq., Chapter 13 Trustee