UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| IN RE:<br><br>RAYMOND R. LIEBOLD<br>  AKA RAYMOND LIEBOLD<br>  AKA RAYMOND ROBERT LIEBOLD<br>  AKA RAY LIEBOLD<br><br>      Debtor | Chapter 13<br>Case No. 24-00842-MJC |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>      Movant<br><br>v.<br><br>RAYMOND R. LIEBOLD<br>  AKA RAYMOND LIEBOLD<br>  AKA RAYMOND ROBERT LIEBOLD<br>  AKA RAY LIEBOLD<br>      (Debtor)<br><br>MARCELLA LIEBOLD<br>      (Co-Debtor)<br><br>JACK N. ZAHAROPOULOS<br>      (Trustee)<br><br>      Respondents | |

**CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. NOTICE OF <u>SATISFACTION OF PROOF OF CLAIM # 14</u>**

    Now Comes Creditor, Capital One Auto Finance, a division of Capital One, N.A., and

through its attorneys, Orlans Law Group PLLC, and hereby provides notice that Proof of Claim

#14 filed on May 28, 2024 in the amount of $14,721.62 has been satisfied and paid in full.

Date: December 1, 2025

Respectfully submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Bar #336983
Michele M. Bradford, Bar #69849
Orlans Law Group PLLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Attorneys for Capital One Auto Finance, a division of Capital One, N.A.
egarifullina@orlans.com
mbradford@orlans.com