UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| IN RE:<br><br>RAYMOND R. LIEBOLD<br>  AKA RAYMOND LIEBOLD<br>  AKA RAYMOND ROBERT LIEBOLD<br>  AKA RAY LIEBOLD<br><br>       Debtor | Chapter 13<br>Case No. 24-00842-MJC |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>    Movant<br><br>v.<br><br>RAYMOND R. LIEBOLD<br>  AKA RAYMOND LIEBOLD<br>  AKA RAYMOND ROBERT LIEBOLD<br>  AKA RAY LIEBOLD<br>    (Debtor)<br><br>MARCELLA LIEBOLD<br>    (Co-Debtor)<br><br>JACK N. ZAHAROPOULOS<br>    (Trustee)<br><br>    Respondents | |

## CERTIFICATE OF SERVICE

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on December 1, 2025, I caused to be served a copy of Notice of Satisfaction of Claim on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: December 1, 2025

                                                            Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Capital One Auto Finance, a division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-014917

<u>VIA US MAIL</u>

Raymond R. Liebold, Debtor
145 Privet Ln
Milford, PA 18337

<u>VIA ECF</u>

Carlo Sabatini, Esq., on behalf of Debtor

Jack N. Zaharopoulos Esq., Chapter 13 Trustee