IN RE:                                                                    CASE NO.: 24-00842
                                                                              CHAPTER 13

**Raymond R Liebold,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-8 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Jordan Katz
   Jordan Katz
   Email: jkatz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RAYMOND R LIEBOLD
145 PRIVET LN
MILFORD, PA 18337

And via electronic mail to:

SABATINI LAW FIRM, LLC
216 N. BLAKELY ST.
DUNMORE, PA 18512

JACK N ZAHAROPOULOS
STANDING CHAPTER 13, (TRUSTEE), 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE, 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Angela Zuelke